**KIRKLAND & ELLIS, LLP**
ATTORNEYS AT LAW
300 N. LaSalle
Chicago, Illinois 60654
Phone: (312) 862-2000
Fax:  (312) 862-2200

Asheesh Goel (*pro hac vice* forthcoming)
Gabor Balassa (*pro hac vice* forthcoming)
Whitney L. Becker (*pro hac vice* forthcoming)
asheesh.goel@kirkland.com
gbalassa@kirkland.com
whitney.becker@kirkland.com

**KIRKLAND & ELLIS, LLP**
1601 Elm Street
Dallas, Texas 75201
Phone: (214) 972-1770

Jeremy A. Fielding (*pro hac vice* forthcoming)
Email:  jeremy.fielding@kirkland.com

**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (AZ Bar No. 002687)
Thomas A. Gilson (AZ Bar No. 022460)
K. Reed Willis (AZ Bar No. 028060)
lbeus@beusgilbert.com
tgilson@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Defendants Nikola Corporation, Mark A. Russell and Kim J. Brady*

*Additional attorneys on signature block*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN L. WOJICHOWSKI, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NIKOLA CORPORATION, a Delaware corporation, TREVOR MILTION, MARK A. RUSSELL, AND KIM J. BRADY<br><br>Defendants. | Case No.: 2:20-cv-01819-DLR<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff John L. Wojichowski ("Plaintiff") and, Defendants Nikola Corporation, Trevor Milton, Mark A. Russell, and Kim J. Brady (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby submit this stipulation.

## **RECITALS**

WHEREAS, on September 17, 2020, Plaintiff filed a putative class action complaint (the "Complaint") in the above-captioned case alleging violations of the Securities Act of 1934 (the "1934 Act"), and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (the "SEC") against the Defendants;

WHEREAS, the case was designated as related to *Borteanu v. Nikola Corp. et al.,* Case No. 2:20-cv-01797 (D. Ariz.), which was filed on September 15, 2020, and is currently pending before Judge Steven P. Logan;

WHEREAS, on September 16, 2020, Plaintiff Arab Salem filed a similar putative class action complaint designated as *Salem v. Nikola Corp. et al.,* Case No. 1:20-CV-04354 (E.D.N.Y.) that is currently pending before Judge Gary R. Brown;

WHEREAS, on September 22, 2020, service on Nikola Corporation was effectuated in this case;

WHEREAS, service of the complaint has not yet been effectuated upon any of the individual defendants;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 27 of the Securities Act;

WHEREAS, the deadline to move for appointment of lead plaintiff is November 16, 2020;

WHEREAS, once the lead plaintiff is appointed, in addition to lead plaintiff's choice of counsel, 15 U.S.C. § 77z-1(a)(3)(B), an operative complaint will be identified, or an amended or consolidated complaint will be filed, which will become the operative complaint;

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after: (i) a lead plaintiff and lead counsel are appointed pursuant to the PSLRA by this Court; and (ii) such lead plaintiff identifies or files an operative complaint; and

WHEREAS, Defendants acknowledge without waiver of any arguments or defenses, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and thus agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Within 30 days of the entry of a Court order appointing lead plaintiff and lead counsel, Defendants and any appointed lead plaintiff(s) shall, through their respective counsel, confer in good faith regarding a briefing schedule with respect to any anticipated motions

challenging the sufficiency of the operative pleading, the jurisdiction of the court and/or the appropriate venue.

2. Defendants shall not be required to answer, move, or otherwise respond to the Complaint or any amended complaint until after Parties set a briefing schedule, as described in Paragraph 1 of the Stipulation, if this Stipulation is approved by the Court, or until such other further order by the Court.

3. Nothing herein shall be deemed to constitute a waiver of, and Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including, but not limited to, defenses related to personal jurisdiction, venue, or the right to seek a transfer of this action, pursuant to any applicable rule or statute, including 28 U.S.C. § 1404 or § 1407.  This Stipulation is likewise without prejudice to the right of any party to oppose such a motion.

**IT IS SO STIPULATED.**

DATED: October 13, 2020

**BEUS GILBERT MCGRODER PLLC**

By  */s/ Thomas A. Gilson*
    Leo R. Beus
    Thomas A. Gilson
    K. Reed Willis
    701 North 44th Street
    Phoenix, AZ  85008-6504

    Asheesh Goel (*pro hac vice* forthcoming)
    Gabor Balassa (*pro hac vice* forthcoming)
    Whitney L. Becker (*pro hac vice* forthcoming)
    KIRKLAND & ELLIS, LLP
    300 N. LaSalle
    Chicago, Illinois  60654

    Jeremy A. Fielding (*pro hac vice* forthcoming)
    KIRKLAND & ELLIS, LLP
    1601 Elm Street
    Dallas, Texas 75201

    *Attorneys for Defendants Nikola Corporation, Mark A. Russell and Kim J. Brady*


     */s Bradley J. Bondi*
    Bradley J. Bondi (*pro hac vice* forthcoming)
    Peter J. Linken (*pro hac vice* forthcoming)
    Cahill Gordon & Reindell LLP
    32 Old Slip
    New York, NY 10005
    Phone:  (212) 701-3000
    Email:  bbondi@cahill.com
          plinken@cahill.com

Troy A. Wallin
Chad Hester
WallinHester PLC
Rome Towers
1760 East Pecos Road, Suite 332
Gilbert, Arizona 85295
Phone:  (480) 240-4150
Email:  twallin@wallinhester.com
            c.hester@wallinhestern.com

*Attorneys for Defendant Trevor Milton*


 /s Stephen J. Teti
Garry Gotto (No.  007401)
KELLER ROHRBACK L.L.P.
3101 North Central Ave., Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel:  (602) 230-6322

*Liaison Counsel for Plaintiff*


Jeffrey C. Block
Jacob A. Walker
Stephen J. Teti
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Counsel for Plaintiff*