# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John J Wojichowski, | No. CV-20-01819-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Nikola Corporation, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Stipulation Extending the Deadline for Defendants to Respond to the Complaint (Doc. 7) and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, Defendants shall not be required to answer, move or otherwise respond to the Complaint or any amended complaint until a briefing schedule is entered.

**IT IS FURTHER ORDERED** that Defendants have not waived and expressly preserve all arguments and defenses.

Dated this 14th day of October, 2020.

Douglas L. Rayes
United States District Judge